UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ZIYAO JIANG,

               Plaintiff,

25 CIVIL 3877 (LTS)
25 CIVIL 3878 (LTS)
25 CIVIL 3881 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 15, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 16, 2025

      New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                         Chief United States District Judge